**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| SHIVA STEIN, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:19-cv-00903-CFC |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| GLOBAL BRASS AND COPPER HOLDINGS, INC., VICKI L. AVRIL, DONALD L. MARSH, JR., BRADFORD T. RAY, JOHN H. WALKER, JOHN J. WASZ, MARTIN E. WELCH, III, and RONALD C. WHITAKER, | : : : : : : | |
| | : | |
| Defendants. | : | |

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Shiva Stein hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: May 31, 2019

**OF COUNSEL:**

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: melwani@whafh.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*